UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. BOWEN, aka WILLIAM JOSEPH BOWEN, <br><br> Petitioner, <br><br> vs. <br><br> P.L. VAZQUEZ, <br><br> Respondent. | Case No. EDCV 09-0472-FMC(RC) <br><br><br><br><br> JUDGMENT |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

DATE: March 13, 2009

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\09-0472.mdo
3/11/09